EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| RE<br><br>Gustavo A. Gelpí | 2006 TSPR 166<br><br>169 DPR _____ |

Número del Caso: TS-10,190


Fecha: 10 de noviembre de 2006


Colegio de Abogados de Puerto Rico:

                    Lcdo. José M. Montalvo Trías
                    Director Ejecutivo


Materia: Baja voluntaria de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*RE*

Gustavo A. Gelpí                    TS-10,190


RESOLUCIÓN


San Juan, Puerto Rico, a 10 de noviembre de 2006


Atendida la moción del Colegio de Abogados de Puerto Rico en la cual informa que no tiene objeción a que se conceda al Lcdo. Gustavo A. Gelpí la baja voluntaria debido a su condición de Juez de Distrito Federal, se acepta la renuncia de éste como colegiado.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Fuster Berlingeri y la Juez Asociada señora Rodríguez Rodríguez no intervinieron.



Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo